**ZAINAB KHAN**
California State Bar No. 322679
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Zainab_Khan@fd.org

Attorneys for Mr. Vega

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAIME VEGA,<br><br>                    Defendant. | CASE NO.:   22cr855-CAB<br><br>Hon. Cathy A. Bencivengo<br>Courtroom 15A<br>Date: August 19, 2022<br>Time: 9:00a.m.<br><br>Mr. Vega's Sentencing Memorandum |

## I.      Jaime Vega

When counsel first met Mr. Vega, he was gaunt and malnourished. Now, Mr. Vega looks healthy and strong. Mr. Vega, most recently in his life, has dealt with a constant cycle of drug addiction, law enforcement contact, and homelessness. At the time of the instant offense, Mr. Vega was homeless, sleeping in various San Diego parks, and dealing with a debilitating methamphetamine addiction. Mr. Vega was not in his right state of mind at the time he imported 217 *grams* of methamphetamine across the border—he was completely high. The agents in their reports note that Mr. Vega was "sweating, slurring his words, and was in and out of falling asleep." When they asked him if he understood them, Mr. Vega would begin speaking but then would drift off. The circumstances of this offense are extremely mitigated.

Mr. Vega, for the past decade of his life, has been in a revolving door of custody due to his drug addiction, and he wants to break the cycle he's found himself in, and

1    he knows that in order to do that he needs to engage in meaningful drug treatment. Mr.

2    Vega's methamphetamine use began in his late thirties. It first began with

3    experimentation, and by the time of his arrest, he was a daily user. He has never

4    engaged in a drug treatment program, and wants to. He is ready to put his life back on

5    a positive trajectory. Once he is able to achieve sobriety, he will be able to return to

6    his family, as he has not wanted them to witness the effect of his drug addiction on

7    him. PSR 36 (Mr. Vega added that he was homeless because "he did not want to go to

8    his mother's home because he was using drugs."). His family remains supportive of

9    him, nevertheless.

10        Mr. Vega wants a final chance at kicking his drug addiction for good. He wants

11   to get sober, establish a stable residence, and become gainfully employed as he is able-

12   bodied. Mr. Vega has a strong work history, having years of experience in painting at

13   various companies. He also has experience in restaurant work.

14   **II.      The Offense**

15        Both parties agree that minor role is appropriate. Prior to Mr. Vega's arrest, he

16   had been crossing alcohol across the border (hence the commercial alert on him). He

17   would pick up the alcohol in a parking lot in Tijuana and cross it over to San Diego

18   and get a nominal payment for doing so (about $15). That is how he was able to buy

19   food and other necessities while homeless.

20        The day of his arrest, Mr. Vega was high on methamphetamine, and he went to

21   the parking lot to cross some alcohol. When he reached the parking lot, a guy

22   introduced himself and offered Mr. Vega $100 to cross a small package. In his altered

23   state of mind, Mr. Vega agreed and set out for the border, and was promptly arrested.

24   PSR 41 (Mr. Vega acknowledged that he was not thinking clearly prior to his

25   commission of the instant offense because of his methamphetamine use, stating, "It

26   was affecting my decisions, I was focusing on drugs.") Mr. Vega resolved his case

27   expeditiously and lamented his involvement in the instant offense. PSR 9 (VEGA

28   added, "I would like to apologize, and I think everyone needs a second chance. I want

MR. VEGA'S SENTENCING MEMORANDUM

1    to do things right.).

2    **III.**    **Conclusion**

3        For the foregoing reasons, Mr. Vega requests a sentence of time-served with

4    three years of supervision to follow, and no fine. He has been in custody for 153

5    days (a little over five months).

6                              Respectfully submitted,

7

8    Dated:  August 16, 2022          *s/ Zainab Khan*

9                            Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Vega

10                           Email:  Zainab_Khan@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MR. VEGA'S SENTENCING MEMORANDUM